Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED APR 08 2008

ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**NERY J TRUJILLO A/K/A NERY ARRIAZATRUJILLO, INDIVIDUALLY and d/b/a NERY'S BAR & GRILL,**<br><br>**Defendant.** | **Case No.** '08 CV 0644<br><br>**CERTIFICATION AS TO INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**PARTIES**

***Plaintiff,*** *J & J Sports Productions, Inc.*
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile: (626) 799-9795

***Defendant***, Nery J Trujillo a/k/a Nery Arriazatrujillo , individually and d/b/a Nery's Bar & Grill

7149 El Cajon Boulevard
San Diego, CA 92115

Dated: 4/7/08

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///