Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 22 PM 12: 18
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

J & J Sports Productions, Inc.

vs

Nery J. Trujillo a/k/a Nery Arriazatrujillo, individually and d/b/a Nery's Bar & Grill

**SUMMONS IN A CIVIL ACTION**

Case No. CV 08-0644 J RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. SAMUEL HAMRICK, JR.

CLERK

APR 22 2008

DATE

J. HINKLE

By , Deputy Clerk



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)