# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., Plaintiff, vs. NERY J. TRUJILLO, Defendant. | CASE NO. 08CV0644 JM(RBB)<br>ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED |

On April 8, 2008 Plaintiff commenced this federal question case alleging that Defendant violated the Federal Communications Act of 1934. Plaintiff has yet to effectuate service of process. Consequently, the court issues this Order to Show Cause Why the Complaint Should Not Be Dismissed (“OSC) for failure to effectuate timely service within the meaning of Fed.R.Civ.P. 4. The OSC is calendared for September 19, 2008 at 1:30p.m.

**IT IS SO ORDERED.**

DATED: September 4, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties